JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MARIA BONOLA, an individual, and ERIC ARCINIEGA an individual,

Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,

Defendants.

Case No. 8:25-cv-01170-JWH-AJRx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 24] entered on or about June 17, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 29, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE